# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| LAVERN L. HAMPTON | CIVIL ACTION NO. 14-2612 |
| LA. DOC #572566 | |
| | |
| VERSUS | JUDGE ROBERT G. JAMES |
| | |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for

Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED and**

**DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 12th day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE